**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 25-cr-305 |
| | : | |
| **v.** | : | |
| | : | |
| **FREDRICK CRAWFORD,** | : | |
| **Defendant.** | : | |

## ORDER

Based on the representations in the joint motion to continue the February 6, 2026, status hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on February 6, 2026, be continued for good cause to _____, 2026, at _____ a.m./p.m.; and it is further

**ORDERED** that the time between February 6, 2026, and _____ 2026, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to provide and review discovery and negotiate a potential pretrial resolution.

_____
THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

3